# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 11-04030-01-CR-FJG |
| ) | |
| MARQUEZ LANELL LAWHORN, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's Motion to Withdraw Plea of Guilty (Doc. No. 23).

On May 30, 2012, United States Magistrate Judge Matt J. Whitworth entered a report and recommendation which recommended denying defendant's Motion to Withdraw Plea of Guilty (Doc. No. 33). On June 18, 2012, defendant filed objections to the Report and Recommendation (Doc. No. 34).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's Motion to Withdraw Plea of Guilty (Doc. No. 23) will be **DENIED.**

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: June 29, 2012
Kansas City, Missouri